1022

[No. 73852-6-I.   Division One.   June 12, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. LISA LYNN MUNRO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-05756-0, Suzanne Parisien, J., entered July 24, 2015. *Dismissed* by unpublished opinion per Leach, J., concurred in by Dwyer and Mann, JJ.

[No. 73895-0-I.   Division One.   June 12, 2017.]

HATSUYO "SUE" HARBORD, *Appellant*, v. SAFEWAY, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 14-2-26220-5, Timothy A. Bradshaw, J., entered July 30, 2015. *Affirmed* by unpublished opinion per Leach, J., concurred in by Dwyer and Mann, JJ.

[No. 74011-3-I.   Division One.   June 12, 2017.]

HARMONY NASON, *Appellant*, v. HOBAN AND ASSOCIATES ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 13-2-09173-7, Eric Z. Lucas, J., entered August 28, 2015. *Affirmed* by unpublished opinion per Mann, J., concurred in by Verellen, C.J., and Becker, J.

[No. 74217-5-I.   Division One.   June 12, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. TRAVIS LEE RIFE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 15-1-01746-7, Michael T. Downes, J., entered October 19, 2015. *Affirmed* by unpublished opinion per Mann, J., concurred in by Becker and Appelwick, JJ.